### January 5, 1962)

■ MARIE COPPOLA, Appellant-Respondent, v. ERNEST COPPOLA, Respondent-Appellant.— Motion by defendant husband to stay all proceedings under orders entered respectively on June 27, 1961 and October 19, 1961, until the determination of the pending appeals. Motion for stay granted on condition that the defendant husband perfect his appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and defendant husband's brief shall be served and filed on or before January 18, 1962. The defendant husband's appeal and the plaintiff wife's cross appeal should be heard together and preferably on one consolidated record. Cross motion by plaintiff wife to dismiss defendant husband's appeal denied. Cross motion by plaintiff wife for a counsel fee with respect to the motions presently before this court and with respect to her cross appeal, denied, without prejudice to an application for such counsel fee at Special Term, if plaintiff be so advised. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ SHIRLEY DEGEN, Respondent, v. SIDNEY DEGEN, Appellant.— Motion by appellant for a stay, pending appeal, granted on condition: (1) that appellant shall continue to pay $25 a week for the support and maintenance of the child of the parties; and (2) that appellant shall perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 5, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ LAWRENCE DIETZ, JR., Appellant, v. LUCIE M. DIETZ, Respondent.— Motion by respondent wife to dismiss the husband's appeal from order, dated February 20, 1961, directing him to pay temporary alimony. Motion granted; appeal dismissed, without costs. Motion by respondent wife to vacate the stay heretofore granted by this court and to dismiss the husband's appeals from a judgment and from an order adjudging him in contempt for failure to comply with the alimony provisions of said judgment. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of WILLIAM H. RICH, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— In a proceeding under article 78 of the Civil Practice Act, by appellant (a tenant) against respondent, to annul respondent's determination granting a certificate of eviction to the landlord against the appellant (tenant), the appellant, on notice to respondent and the landlord, moves in this court to stay all summary dispossess proceedings against him (the appellant) by the landlord in the Municipal Court of the City of New York, based on said certificate. Such stay is sought until the determination by this court of appellant's pending appeal from an order of the Supreme Court, Queens County, dismissing said article 78 proceeding. Motion for a stay denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of WA-WA-YANDA, INC., Respondent, v. ARTHUR G. DICKERSON, as Building Inspector of the Town of Islip, Appellant.— Motion by respondent to dismiss appeals granted, with $10 costs; appeals dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.